UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GUZMAN,<br><br>   Petitioner,<br><br>  v.<br><br>THE STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. 2:24-cv-04268-FLA (JDE)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition (Dkt. 1), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 5, "OSC"), Petitioner's Response to the OSC (Dkt. 6), the Report and Recommendation of the assigned magistrate judge (Dkt. 8, "Report"), and Petitioner's unauthorized "First Amended Petition" (Dkt. 9). Petitioner did not file any timely objection to the Report.  The court accordingly accepts the findings and recommendation of the magistrate judge.  Separately, the court has reviewed Petitioner's unauthorized "First Amended Petition" and finds that it suffers from the same defects identified in the Report warranting dismissal without prejudice.

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that Petitioner's Request to Proceed in Forma Pauperis (Dkt. 10) is DENIED and Judgment shall be entered dismissing this action without prejudice.

Dated:  September 4, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge