JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUSTAVO GUZMAN,<br><br>        Petitioner,<br><br>   v.<br><br>THE STATE OF CALIFORNIA,<br><br>        Respondent. | No. 2:24-cv-04268-FLA (JDE)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the action is dismissed without prejudice.

Dated: September 4, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge